Filed 12/8/2015 5:04:36 PM
Billy Fox
District Clerk
Bowie County, Texas
Teresa Tipps, Deputy

**NO: <u>13F0528-102</u>**

FILED IN
6TH COURT OF APPEALS
TEXARKANA, TEXAS
12/10/2015 2:01:32 PM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **OF** |
| | § | |
| **LORENZO RENA MARTINEZ** | § | **BOWIE COUNTY, TEXAS** |

### <u>NOTICE OF APPEAL AND DESIGNATION OF RECORD</u>

TO THE HONORABLE COURT:

COMES NOW LORENZO RENA MARTINEZ, Defendant, who files this Notice of Appeal, and shows as follows:

1. Defendant desires to appeal from the judgment of conviction of Burglary of a Habitation Entry with Commission of Aggravated Assault (Texas Penal Code 30.02), the resulting sentence and from any appealable orders in the above referenced cause number, including but not limited to, the denial of any other motions in this matter. Sentence was imposed on November 10, 2015 by 102nd District Court, Judge Bobby Lockhart, Cause No: 13F0528-102.

2. Defendant appeals to the Sixth Court of Appeals.

Respectfully submitted,

_____

Randle Smolarz
TX Bar No. 24081154
602 Pine Street
Texarkana, Texas 75501
Phone: (903) 277-9213
Fax: (903) 496-0354

Attorney for Defendant
Lorenzo Rena Martinez

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December 2015, a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record as indicated below:

| | | |
|---|---|---|
| Lauren Sutton | ☐ | Via 1st Class Mail |
| Assistant Bowie County District Attorney | ☐ | Via Facsimile |
| Kelley Crisp | ☒ | Via E-File |
| Assistant Bowie County District Attorney | ☒ | Via Electronic Mail |
| 601 Main Street | ☐ | Via Certified Mail, Return Receipt Requested |
| Texarkana, Texas 75501 | | |

_____
Randle Smolarz